**Atty ID 031561995**
**Todd J. Gelfand, Esquire**
**BARKER, GELFAND, JAMES & SARVAS**
**a Professional Corporation**
210 New Road, Suite 12
Linwood, New Jersey 08221
(609) 601-8677
TGelfand@BarkerLawFirm.net
Attorney for Defendants, Mayor and Township Council of the Township
of Monroe and the Planning Board of the Township of Monroe

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| HEXA BUILDERS, LLC AND 3043 WILLIAMSTOWN URBAN RENEWAL, LLC, <br><br>      Plaintiffs, <br><br> v. <br><br> MAYOR AND TOWNSHIP COUNCIL OF THE TOWNSHIP OF MONROE and PLANNING BOARD OF THE TOWNSHIP OF MONROE, <br><br>      Defendants. | Docket No. 1:26-cv-8284 <br> Civil Action <br><br> (Super. Ct. Docket No. GLO-000805-26) <br><br> _____ <br><br> **NOTICE OF REMOVAL** |

Defendants, Mayor and Township Council of the Township of Monroe and Planning Board of the Township of Monroe, by and through undersigned counsel, hereby remove this action from the Superior Court of New Jersey, Law Division, Gloucester County, to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. In support of removal, Defendants state as follows:

(1)  Defendants are named defendants in an action pending in the Superior Court of New Jersey, Law Division, Gloucester County, under Docket No. GLO-L-000805-26, captioned as **Complaint:**

HEXA BUILDERS, LLC AND 3043 WILLIAMSTOWN URBAN RENEWAL, LLC v. MAYOR AND TOWNSHIP COUNCIL OF THE TOWNSHIP OF MONROE and PLANNING BOARD OF THE TOWNSHIP OF MONROE

(2)  Plaintiffs Hexa Builders, LLC and 3043 Williamstown Urban Renewal, LLC assert claims arising under the Constitution and laws of the United States, including claims under 42 U.S.C. § 1983 for alleged violations of Plaintiffs' Equal Protection and First Amendment rights under the United States Constitution. A true and correct copy of the Complaint is attached as Exhibit 1.

(3)  This Court has original jurisdiction under 28 U.S.C. § 1331 because Plaintiffs assert claims arising under the Constitution and laws of the United States, including claims under 42 U.S.C. § 1983.

(4)  This action is removable under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over Plaintiffs' federal claims, and removal is procedurally proper under 28 U.S.C. § 1446.

(5)  The Complaint was filed in the Superior Court of New Jersey, Law Division, Gloucester County, on June 5, 2026.

(6)  An Acknowledgment of Service filed in the state-court action on June 15, 2026 reflects that service occurred on June 9, 2026.

(7)  This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed within 30 days after service on June 9, 2026.

BARKER, GELFAND, JAMES & SARVAS · A PROFESSIONAL CORPORATION · LINWOOD, NEW JERSEY 08221

(8) Pursuant to 28 U.S.C. § 1446(a), Defendants attach copies of all process, pleadings, and orders served upon them in the state-court action, including the Complaint and any summonses, acknowledgments of service, orders, and other papers served on Defendants.

(9) Pursuant to 28 U.S.C. § 1446(a), Defendants attach copies of all process, pleadings, and orders served upon them in the state-court action, including the Complaint and any summonses, acknowledgments of service, orders, and other papers served on Defendants.

(10) Promptly after filing this Notice of Removal, Defendants will provide written notice of removal to all adverse parties and will file a copy of this Notice with the Clerk of the Superior Court of New Jersey, Law Division, Gloucester County, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendants respectfully remove this action from the Superior Court of New Jersey, Law Division, Gloucester County, Docket No. GLO-L-000805-26, to the United States District Court for the District of New Jersey, Camden Vicinage, and request that this Court assume jurisdiction over this action.

BARKER, GELFAND, JAMES & SARVAS · A PROFESSIONAL CORPORATION · LINWOOD, NEW JERSEY 08221

**BARKER, GELFAND, JAMES & SARVAS**
**A Professional Corporation**


By: s/Todd J. Gelfand
    Todd J. Gelfand, Esquire


Dated:  July 6, 2026