**Atty ID 031561995**
**Todd J. Gelfand, Esquire**
**BARKER, GELFAND, JAMES & SARVAS**
**a Professional Corporation**
210 New Road, Suite 12
Linwood, New Jersey 08221
(609) 601-8677
TGelfand@BarkerLawFirm.net
Attorney for Defendants, Mayor and Township Council of the Township of Monroe and the Planning Board of the Township of Monroe

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| HEXA BUILDERS, LLC AND 3043 WILLIAMSTOWN URBAN RENEWAL, LLC,<br><br>Plaintiffs,<br>v.<br><br>MAYOR AND TOWNSHIP COUNCIL OF THE TOWNSHIP OF MONROE and PLANNING BOARD OF THE TOWNSHIP OF MONROE,<br><br>Defendants. | Docket No. 1:26-cv-8284<br>Civil Action<br><br>(Super. Ct. Docket No. GLO-000805-26) |

**CERTIFICATION OF SERVICE**
**as to**
**DEFENDANTS, MAYOR AND TOWNSHIP COUNCIL OF THE TOWNSHIP OF MONROE and PLANNING BOARD OF THE TOWNSHIP OF MONROE**

I, Todd J. Gelfand, Esquire, being of full age, hereby certify as follows:

1. I am an attorney-at-law licensed to practice in the State of New Jersey, and I am a Partner with the Law Offices of Barker, Gelfand, James & Sarvas. I am the attorney entrusted with the handling of this matter on behalf of Defendants, Mayor and Township Council of the Township of Monroe and Planning Board of the

Township of Monroe I am fully familiar with the facts set forth herein.

2. On the 6th day of July 2026, I caused a true and correct copy of Defendants, Mayor and Township Council of the Township of Monroe and Planning Board of the Township of Monroe's Notice of Notice of Removal by Defendants, Mayor and Township Council of the Township of Monroe and Planning Board of the Township of Monroe to be served via electronic filing with the United Stated District Court, Camden Vicinage.

3. On the 6th day of July 2026, a true and correct copy of the aforementioned documents were served via e-mail upon the following:

MALEY GIVENS, P.C.

M. James Maley, Jr.
jmaley@maleygivens.com
Emily K. Givens
egivens@maleygivens.com
Erin E. Simone
esimone@maleygivens.com
1150 Haddon Avenue, Suite 210
Collingswood, NJ 08108
Attorney for Plaintiffs

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**BARKER, GELFAND, JAMES & SARVAS**
**A Professional Corporation**

By: s/ Todd J. Gelfand
Todd J. Gelfand, Esquire

Dated: July 6, 2026