# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

***Atlantic County Office:***
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 – Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **+
JEFFREY P. SARVAS

GREG DILORENZO
ADAM E. BARKER

***Burlington County Office:***
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail:
TGelfand@BarkerLawFirm.net
*By Appointment Only*

***Gloucester County Office:***
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: VJames@BarkerLawFirm.net
*By Appointment Only*

* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA
+ ASSOCIATION OF WORKPLACE INVESTIGATORS – CERTIFICATE HOLDER

Website: www.barkerlawfirm.net
e-mail: VJames@BarkerLawFirm.net

**PLEASE REPLY TO**
**ATLANTIC COUNTY OFFICE**

September 19, 2026

**(Via ECF)**
Honorable Edward S. Kiel, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: Hexa Builders, LLC, et al. v. Mayor and Township Council of the Township of Monroe, et al.; Civil Action No. 26-cv-08284-ESK-EAP
Request for Leave to Move Under Rule 12(b)(6)

Dear Judge Kiel:

On behalf of Defendants, I respectfully write to advise the Court that Plaintiffs filed an Amended Complaint on September 18, 2026.

Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), ECF No. 8, is presently pending and is directed to the original Complaint. Because the Amended Complaint supersedes that pleading, Defendants respectfully

---

request that the pending motion be deemed withdrawn without prejudice, or otherwise terminated as moot.

Defendants further respectfully request that this letter be treated as a renewed request for permission to file a motion to dismiss, or similar Rule 12 motion, directed specifically to Plaintiffs' Amended Complaint. Defendants presume that the Court's prior authorization to file the motion will carry over to permit a renewed motion directed to the operative pleading, but will await the Court's confirmation and any further scheduling direction before preparing and filing that motion.

Respectfully submitted,

**BARKER, GELFAND, JAMES & SARVAS**
**A Professional Corporation**

By: *s/Todd Gelfand*
Todd J. Gelfand, Esquire

TJG/kar
cc: M. James Maley, Jr., Esquire (Via ECF)