# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

***Atlantic County Office:***
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 – Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **+
JEFFREY P. SARVAS

GREG DILORENZO
ADAM E. BARKER

***Burlington County Office:***
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail:
TGelfand@BarkerLawFirm.net
*By Appointment Only*

***Gloucester County Office:***
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: VJames@BarkerLawFirm.net
*By Appointment Only*

* CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA
+ ASSOCIATION OF WORKPLACE INVESTIGATORS – CERTIFICATE HOLDER

Website: www.barkerlawfirm.net
e-mail: VJames@BarkerLawFirm.net

**PLEASE REPLY TO**
**ATLANTIC COUNTY OFFICE**

September 28, 2026

**(Via ECF)**
Honorable Edward S. Kiel, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: Hexa Builders, LLC, et al. v. Mayor and Township Council of the Township of Monroe, et al.; Civil Action No. 26-cv-08284-ESK-EAP

Dear Judge Kiel:

Per the Court notice at docket entry no. 13 on September 21, 2026, the parties have conferred and agreed upon the following briefing schedule for the Defendants' filing of a motion to dismiss the First Amended Complaint:

---

Defendants' Brief will be due by October 7, 2026;
Plaintiff's Brief in opposition will be due by October 28, 2026;
Defendants' Reply Brief will be due by November 11, 2026.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

**BARKER, GELFAND, JAMES & SARVAS**
**A Professional Corporation**

By: *s/Todd Gelfand*
Todd J. Gelfand, Esquire

TJG/kar
cc: M. James Maley, Jr., Esquire (Via ECF)